UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

PAUL THOMPSON,

                                         *Plaintiff*,

-against-

S. BULLIS, a/k/a, Steven Bullis, individually, and as Correction Officer and Commissioner's Hearing Officer, and MATTHEW WALDRON,

                                         *Defendants*.

**STIPULATION AND ORDER OF DISCONTINUANCE PURSUANT TO RULE 41(A)**

19-CV-0918

GTS/DJS

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys for Plaintiff Paul Thompson, and Defendants, Steven Bullis and Matthew Waldron, parties to the above entitled-action, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action:

        In this action, all official capacity claims that plaintiff asserted against defendants in his operative complaint are discontinued. Those claims are discontinued with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, without damages, costs, interest or attorney's fees.

Dated: Albany, New York
November 24, 2020

*Warren S Landau*
Warren S. Landau, Esq.
Attorney for Plaintiff
448 West Broadway
Cedarhurst, New York 11516
516-295-8589
Bar Roll Number: 520682
Email (for efiling): psychologicl@att.net
Email (for purposes other than efiling):
wslandauappellaw@gmail.com

Dated: Albany, New York
November 24, 2020

LETITIA JAMES
Attorney General of the State of New York
Attorney for Defendants
The Capitol
Albany, New York 12224

By: s/ *Christopher J. Hummel*
Christopher J. Hummel
Assistant Attorney General, of Counsel
Bar Roll No. 519343
Telephone: (518) 776-2578
Email: christopher.hummel@ag.ny.gov

SO ORDERED:

*Glenn T. Suddaby*
Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: December 1, 2020

2